IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANDREW HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| PEPSI CORPORATION, | ) | 3:24-CV-2182-G-BW |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the

Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[*]

in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the

Findings and Conclusions of the Magistrate Judge are correct, and they are accepted

as the Findings and Conclusions of the court.  By separate judgment, this civil action

will be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for

failure to prosecute or follow orders of the court.

**SO ORDERED**.

May 12, 2025.

_A. Joe Fish_

**A. JOE FISH**
**Senior United States District Judge**

---

[*]    No objections were filed.